HICKS *v.* THE STATE.

EVANS, J. 1. This case was argued by brief. Assignments of error set forth in an amendment to a motion for a new trial, but not insisted on in the brief filed by counsel for the plaintiff in error, will be treated as having been abandoned. *Moss* v. *Bohanon,* 111 *Ga.* 871.

2. There was ample evidence to warrant the verdict; and no error of law appearing, and the finding of the jury having received the approval of the trial judge, the judgment overruling the motion for a new trial is

*Affirmed. All the Justices concur.*

Submitted April 22, — Decided May 10, 1904.

Accusation of unlawfully selling liquor. Before Judge Prior. City court of Hall county. February 20, 1904.

*George K. Looper* and *Parks & Gaillard,* for plaintiff in error. *Fletcher M. Johnson, solicitor,* contra.